1   LIDIA S. STIGLICH (CSBN 182100)
    STIGLICH & HINCKLEY, LLP
2   The CaCDS Building
    502 Seventh Street
3   San Francisco, California 94103
    Telephone: (415) 865-2539
4   Fax: (415) 865-2538

5   Attorney for Defendant
    ABDUL WAHEED
6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,              Case No. CR 04-0292 PJH (EMC)
                                           Case No. CR 04-0293 MHP (EMC)
12          Plaintiff,

13    v.                                   STIPULATION AND [PROPOSED]
                                           ORDER RE: REQUEST TO MODIFY
14                                         CONDITIONS OF PRETRIAL RELEASE
    ABDUL WAHEED,                          TO PERMIT TRAVEL
15
            Defendant.
16
    _____/
17

18          Defendant ABDUL WAHEED, by and through his counsel Lidia S. Stiglich and

19  Assistant United States Attorney Timothy Lucey, hereby stipulate and agree that Mr. Waheed's

20  pretrial release conditions may be modified to permit him to travel from his present residence in

21  Petaluma, California to Pakistan within the time period of September 30, 2007 and October 30,

22  2007, so that he may visit his family and his newborn son who he has yet to meet.

23          It is further stipulated that, to facilitate this travel, his passport and green card be returned

24  to him.  It is agreed that Mr. Waheed shall return his passport and green card upon his return to

25  the USA on or before October 30, 2007.

    ///
26
    ///
27
    ///
28

1    Mr. Waheed's assigned United States Probation Officer Constance Cook has been

2  informed of this travel request and has no objection.

3    IT IS SO STIPULATED.

4

5  Dated: _____9/7/07_____ .                    /s/
                                                 _____
6                                                LIDIA S. STIGLICH
                                                 Attorney for Defendant
7                                                ABDUL WAHEED

8  Dated: _____9/7/07_____ .                    /s/
                                                 _____
9                                                TIMOTHY LUCEY
                                                 Assistant United States Attorney

10

11

12                          **ORDER**

13    Pursuant to stipulation, Defendant ABDUL WAHEED's pretrial release conditions are

14  modified to permit him to travel from his present residence in Petaluma, California to Pakistan

15  within the time period of September 30, 2007 and October 30, 2007, so that he may visit his

16  family and his newborn son who he has yet to meet.

17    Further, his passport and green card are to be returned to him forthwith.  Mr. Waheed

18  shall return his passport and green card upon his return to the USA, on or before October 30,

19  2007.

20    **IT IS SO ORDERED.**

21

22  Dated: _____September 12, 2007_____ .

23                                               EDWARD LIZABETH D. LAPORTE
                                                 Judge

24

25

26

27

28

1

**PROOF OF SERVICE**

2

3

I, the undersigned say:

4

I am over eighteen years of age and not a party to the above action.  My business address

is 1306 Pine Street, Walnut Creek, California 94596.

5

6

On September 12, 2007, I personally served via U.S. Mail a copy of the attached on the

following:

7

8

Office of Pretrial Services
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

9

10

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

11

9/12/07, at Walnut Creek, California.

12

13

/s/

14

Michael Hinckley

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. & [Proposed] Order re Modify Conditions of Pretrial Release To Permit Travel.