FILED

MAR - 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ABDUL WAHEED,<br><br>        Defendant. | No. CR 04 - 0292 PJH<br><br>MOTION AND<br>[PROPOSED] ORDER<br>DISMISSING COUNTS |

Motion and [Proposed] Order
*United States v. Waheed,*
[CR 04 - 0292 PJH]

WHEREAS, the defendant Abdul Waheed pled guilty pursuant to a plea agreement in the matter of *United States v. Waheed*, CR 04 - 0293 MHP ("293 matter");

WHEREAS, the plea agreement provided that, at the time of sentencing before the Court in that action, the United States would dismiss the counts then pending before this Court in the matter captioned as *United States v. Waheed*, CR 04 - 0292 PJH;

WHEREAS, the defendant has been sentenced in the 293 matter, such that the United States moves to dismiss all counts pending against defendant Abdul Waheed in the action before this Court.

**SO MOVED.**

DATED: March 7, 2011                                MELINDA HAAG
                                                    United States Attorney


                                                    _____/S/_____
                                                    TIMOTHY J. LUCEY
                                                    Assistant United States Attorney


**BASED ON THE RECITALS SET FORTH ABOVE AND GOOD CAUSE APPEARING:**

**IT IS ORDERED THAT** all counts of the superseding indictment that remain pending against defendant Abdul Waheed are hereby dismissed.

**IT IS SO ORDERED.**

DATED: 3/8/11                                       _____
                                                    HON. PHYLLIS J. HAMILTON
                                                    United States District Court